Frank Steiner, Respondent, v. Great Lakes Construction Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Alphonse V. Malliett, Appellant, v. L. H. Pratt (First Name Unknown), Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence was sufficient to present for the consideration of the jury the question whether or not the defendant aided and abetted in the wrongful detention and imprisonment of the plaintiff. All concurred.

Edwin Bridgman, Respondent, v. Busch & Percival Company, Appellant, Impleaded with Rutherford D. Rickettson, Respondent.— Judgment and order affirmed, with costs, on appeal of defendant Busch & Percival Company. Judgment and order entered upon nonsuit as to defendant Rickettson affirmed, with costs. All concurred.

Berenice M. Snyder, an Infant, by Bertha M. Snyder, Her Guardian ad Litem, Respondent, v. Berkshire Life Insurance Company, Appellant. Order affirmed, with ten dollars costs and disbursements. All concurred.

Carl Walther, Appellant, v. Barber Asphalt Paving Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, under the rule laid down in the case of *McDonald* v. *Metropolitan Street Railway Company* (167 N. Y. 66) the case should have been submitted to the jury. All concurred.

Ethel Booth Schmitt, as Executrix, etc., of Fred C. Mayer, Jr., Deceased, Respondent, v. William H. Nevins, Appellant.— Judgment and order affirmed, with costs. All concurred.

The People of the State of New York ex rel. Rochester Telephone Company, Respondent, v. Egbert E. Woodbury and Others, Tax Commissioners and Constituting the State Board of Tax Commissioners, and the City of Rochester, Appellants. (Proceedings of 1901, 1902, 1904, 1905 and 1910.) — The five final orders appealed from are affirmed, with one bill of costs All concurred.

Salvatore Stagnitta, an Infant, by John Penisi, His Guardian ad Litem, Respondent, v. Skaneateles Paper Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Donato Santoienma, an Infant, etc., Respondent, v. International Railway Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Estella M. Saeger, as Administratrix, etc., Appellant, v. Lehigh Valley Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

H. P. Nelson Company, Respondent, v. Gustav H. Poppenberg, Appellant.— Motion to dismiss appeal denied, without costs, with leave to the parties to add the case at the foot of the present calendar upon stipulation.

Mell A. Neff, Appellant, v. Norman E. Mack, Respondent.— Motion to place case on day calendar and preclude respondent from being heard on the argument denied, upon condition that respondent be ready for argument at opening of January term and pay to appellant's attorney ten dollars.